**AFFIRMED and Opinion Filed February 13, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00433-CR

**HEIDI NICOLE DENMAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33348CR**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

Heidi Nicole Denman appeals her conviction for the second degree felony offense of possession of methamphetamine in the amount of 4 grams or more but less than 200 grams. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(d). Her court-appointed counsel filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting that a review of the record shows no reversible error. Because we agree that the appeal is frivolous, we grant counsel's motion to withdraw and affirm the judgment of conviction.

**Background and Procedural History**

On October 14, 2020, as part of a plea bargain agreement, appellant pleaded guilty to possession of a controlled substance and was placed on ten years deferred adjudication community supervision. On February 13, 2023, the State filed an amended motion to adjudicate guilt, alleging appellant violated her community supervision by committing sixteen violations. At a March 9, 2023 hearing, the State abandoned the first nine allegations. Appellant pleaded true to allegations ten through fourteen. The trial court found allegations fifteen and sixteen also to be true, revoked appellant's community supervision, adjudicated her guilty, and sentenced her to twenty years in prison.

Appellant timely filed a motion for new trial and notice of appeal. The trial court appointed counsel to represent her. Thereafter, appellant's attorney filed a motion to withdraw, supported by an *Anders* brief in which she concluded the appeal was frivolous and without merit.

### *Anders*

The *Anders* procedure is used in criminal cases when appellate counsel, cognizant of her ethical duties not to raise frivolous issues on appeal, can identify no non-frivolous issues to raise for appeal. *Kelly v. State*, 436 S.W.3d 313, 318 (Tex. Crim. App. 2014). Counsel must seek leave to withdraw and file a brief that provides a "roadmap" explaining why there are only frivolous issues to be raised on appeal. *See In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008). Counsel must

have performed a diligent review of the record for any claim that may be appealed, and we must determine counsel was correct in concluding the appeal is frivolous. *Jeffery v. State*, 903 S.W.2d 776, 779 (Tex. App.—Dallas 1995, no pet.).

The brief filed by counsel establishes a diligent review of the record, at each stage of the proceeding, including the plea agreement, State's motion to adjudicate, adjudication hearing, and the trial court's assessment of punishment. Counsel cited relevant law and provided record citations in her review. Based on counsel's review of the record, counsel determined that there are no legal or factual issues that might arguably support an appeal.

Counsel provided appellant with a copy of the brief and the record and informed her of her right to file a pro se brief. *See Kelly*, 436 S.W.3d at 319. This Court also provided notice to appellant of her right to file a pro se response and petition for discretionary review. To this date, appellant has not filed a pro se brief. The State filed a letter brief agreeing with appellant's counsel that an appeal of this case is frivolous and without merit because no reversible error appears in the record.

We conclude that counsel's brief and motion meet the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. *See Stafford v. State*, 813 S.W.2d 503, 510 n.3 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Additionally, we have independently reviewed the record and conclude there are no arguable grounds to present on appeal. *See Anders*, 386 U.S. at 744;

*Stafford*, 813 S.W.2d at 511. We agree that the appeal is frivolous and without merit.

Accordingly we grant counsel's motion to withdraw, and we affirm the trial court's

judgment.

/Craig Smith/

CRAIG SMITH
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
230433F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HEIDI NICOLE DENMAN,
Appellant

No. 05-23-00433-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 33348CR.
Opinion delivered by Justice Smith.
Justices Molberg and Reichek
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 13th day of February 2024.